DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REVEREND LEO P. RILEY,

Petitioner,

v.

JOHN DOE; DIOCESE OF VENICE IN FLORIDA, a Florida
not for profit corporation; ALAN KLISPIE, an individual; and ST.
CHARLES BORROMEO PARISH IN PORT CHARLOTTE, INC.,

Respondents.

No. 2D2023-1957
_____

April 26, 2024

Petition for Writ of Certiorari to the Circuit Court for Sarasota County;
Stephen M. Walker, Judge.

C. Ryan Jones and Brandon Christian of Traub Lieberman Straus &
Shrewsberry, LLP, St. Petersburg, for Petitioner.

Thomas J. Seider of Brannock Berman & Seider, Tampa; and Damian D.
Mallard of Mallard Perez, PLLC, Sarasota, for Respondent.

PER CURIAM.

    Dismissed.

LUCAS, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.